### CODELL CONSTRUCTION CO.

### v.

### John P. LEE et al.

Court of Appeals of Kentucky.

Sept. 30, 1960.

Rehearing Denied Nov. 23, 1960.

G. B. Johnson, Jr., Dysard, Dysard & Johnson, Ashland, for appellant.

Frank Warnock, John Coldiron, Greenup, for appellees.

PER CURIAM.

Motion by Codell Construction Company for an appeal from a judgment of the Greenup Circuit Court in favor of John P. Lee and wife, awarding $1500 for damages to residential property resulting from blasting operations.

We have examined carefully the record, the briefs and the applicable authorities and we find no error.

The motion for appeal is overruled and the judgment stands affirmed